# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**ANTONIO GONZALEZ ROSA**<br>**ROSA INES SANTIAGO ROSA**<br><br>xxx–xx–6487<br>xxx–xx–6439<br><br>Debtor(s) | Case No. **14–03233**<br><br>Chapter **7** |
| **Banco Popular de Puerto Rico**<br><br>Movant | |
| **ANTONIO GONZALEZ ROSA**<br>**ROSA INES SANTIAGO ROSA**<br>**NOREEN WISCOVITCH RENTAS**<br><br>**Respondant(s)** | FILED & ENTERED ON 11/20/14 |

## *ORDER*

Upon debtor's (s') consent (docket entry #41), the motion for relief of stay filed by Banco Popular de Puerto Rico (docket entry #37) is hereby granted.

SO ORDERED.

In San Juan, Puerto Rico, this Thursday, November 20, 2014 .

*/s/ Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge