FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 14-03233 MCF Judge: Mildred Caban | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|
| Case Name: | GONZALEZ ROSA, ANTONIO | Date Filed (f) or Converted (c): | 04/24/14 (f) |
| | SANTIAGO ROSA, ROSA INES | 341(a) Meeting Date: | 05/22/14 |
| For Period Ending: | 03/31/15   (1st reporting period for this case) | Claims Bar Date: | 09/16/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE  Debtor owns a residential property located at Urb Quintas Las Muesas Santiago Berrios St J-2 in Cayey, Puerto Rico. Built on a lot of a land of 16.00 SQ./M. This property consists of 3 bedrooms, 2 1/2 bathroom, living & dinning room, kitchen and balcony. Total value is $120,000.00 Less Mortgage is $183,724.73 = $40,908.00  debtor amended schedule A and C to updated value of property and take exemption over the resident(original value $120,000) docket 8 filed 5/19/14 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS  Cooperativa San Jose | 5.00 | 0.00 | OA | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS  First Bank Of PR Checking account X4547 | 400.00 | 0.00 | OA | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS  Santander Savings account: X | 10.00 | 0.00 | OA | 0.00 | FA |
| 5. HOUSEHOLD GOODS  Misc Household Goods and Furnishings | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 6. WEARING APPAREL  Clothes and personal effects | 400.00 | 0.00 | OA | 0.00 | FA |
| 7. RETIREMENT PLANS | 990.00 | 0.00 | OA | 0.00 | FA |

LFORM1

Ver: 18.04c

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

| Case No: | 14-03233 MCF Judge: Mildred Caban | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
| --- | --- | --- | --- |
| Case Name: | GONZALEZ ROSA, ANTONIO | Date Filed (f) or Converted (c): | 04/24/14 (f) |
| | SANTIAGO ROSA, ROSA INES | 341(a) Meeting Date: | 05/22/14 |
| | | Claims Bar Date: | 09/16/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 401K | | | | | |
| 8. ACCOUNTS RECEIVABLE  Advanced Electrical Contractors, Inc (Investment in business capital, salary reimbursement and expenses)  Debtor amended schedule C to changed exemption over the AR(original amount claimed exempt $23,595) docket 8 filed 5/19/14. Adversary case 14-00228 filed against Advanced Electrical Contractors 9/29/14 | 30,754.00 | 13,197.00 | | 0.00 | 13,197.00 |
| 9. VEHICLES  2005 Dodge Durango Mileage: 85,000 #Vin: 1D4HD58N45F507074 | 7,046.00 | 0.00 | OA | 0.00 | FA |
| 10. VEHICLES  2008 Kia Optima Mileage: 62,000 #Vin: KNAGE123685187043  Debtor amended schedule C to changed exemption over the vehicle(original amount claimed exempt $0.00) docket 8 filed 5/19/14 | 7,326.00 | 0.00 | OA | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $249,931.00     $13,197.00     $0.00     Gross Value of Remaining Assets  $13,197.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1                                                          Ver: 18.04c

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

| | |
|---|---|
| Case No: 14-03233 MCF Judge: Mildred Caban | Trustee Name: NOREEN WISCOVITCH-RENTAS |
| Case Name: GONZALEZ ROSA, ANTONIO | Date Filed (f) or Converted (c): 04/24/14 (f) |
| SANTIAGO ROSA, ROSA INES | 341(a) Meeting Date: 05/22/14 |
| | Claims Bar Date: 09/16/14 |

Pending adversary for collection of Account Receivable.  March 29, 2015, 04:32 pm
Adversary for collection of Account recievable pending.  January 27, 2015, 06:54 pm
Adversary filed against Advaced Electrical Contractor for collection of a/r.  Pending. October 31, 2014, 03:13 pm
Trustee to attempt to collect on Account Receivable.  June 18, 2014, 02:19 pm

Initial Projected Date of Final Report (TFR): 12/31/16      Current Projected Date of Final Report (TFR): 12/31/16

/s/      NOREEN WISCOVITCH-RENTAS
_____ Date: 05/27/15
     NOREEN WISCOVITCH-RENTAS

LFORM1

Ver: 18.04c