```
                        United States Bankruptcy Court
                            District of Puerto Rico
In re:                                                    Case No. 14-03233-MCF
ANTONIO GONZALEZ ROSA                                     Chapter 7
ROSA INES SANTIAGO ROSA
        Debtors
                          CERTIFICATE OF NOTICE
District/off: 0104-3          User: rodriguez            Page 1 of 1        Date Rcvd: Jun 30, 2016
                              Form ID: ogmf              Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2016.
db/jdb         +ANTONIO GONZALEZ ROSA,    ROSA INES SANTIAGO ROSA,    QUINTAS LAS MUESAS,
                45 SANTIAGO BERRIOS STREET,    CAYEY, PR 00736-5531
smg             DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg             PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,   12 FLOOR,
                SAN JUAN, PR  00918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jun 30 2016 19:09:57      US TRUSTEE,
                EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
cr              E-mail/Text: marilyn.gonzalez@popular.com Jun 30 2016 19:10:53
                BANCO POPULAR DE PUERTO RICO - JAM,    MORTGAGE SERVICING DEPARTMENT (762),    PO BOX 362708,
                SAN JUAN, PR  00936-2708
cr              E-mail/Text: bknotices@orientalfg.com Jun 30 2016 19:10:54      ORIENTAL BANK,
                ENRIQUE NASSAR RIZEK & ASSOCIATES,    PO BOX 191017,    SAN JUAN, PR  00919
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2016 at the address(es) listed below:
              AIMEE I LOPEZ PABON    on behalf of Trustee NOREEN   WISCOVITCH RENTAS al@g-glawpr.com,
               lcda.lopezpabon@gmail.com;zi@g-glawpr.com
              AIMEE I LOPEZ PABON    on behalf of Plaintiff NOREEN   WISCOVITCH RENTAS al@g-glawpr.com,
               lcda.lopezpabon@gmail.com;zi@g-glawpr.com
              ANGEL M VAZQUEZ BAUZA    on behalf of Creditor    ORIENTAL BANK avazquez@enrassociates.com,
               enrasoc@coqui.net
              JOSE A MOREDA DEL VALLE    on behalf of Creditor    BANCO POPULAR DE PUERTO RICO - JAM
               bankruptcy@pdvl.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NOREEN  WISCOVITCH RENTAS    on behalf of Trustee NOREEN   WISCOVITCH RENTAS courts@nwr-law.com,
               nwiscovitch@ecf.epiqsystems.com
              NOREEN  WISCOVITCH RENTAS    courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com
              RAFAEL A GONZALEZ VALIENTE    on behalf of Trustee NOREEN   WISCOVITCH RENTAS rgv@g-glawpr.com,
               zi@g-glawpr.com
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Debtor ANTONIO   GONZALEZ ROSA cmecf@rfclawpr.com,
               cmecf.rfclawpr@gmail.com
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Joint Debtor ROSA INES SANTIAGO ROSA
               cmecf@rfclawpr.com, cmecf.rfclawpr@gmail.com
                                                                                              TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**ANTONIO GONZALEZ ROSA**
**ROSA INES SANTIAGO ROSA**
**aka ROSA I SANTIAGO ROSA**

xxx–xx–**6487**
xxx–xx–**6439**

Debtor(s)

Case No. **14–03233 MCF**

Chapter **7**

FILED & ENTERED ON 6/30/16

### ORDER

The motion filed by Noreen Wiscovitch Rentas, Chapter 7 Trustee requesting waiver of filing fees for the adversary proceeding (docket #55) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, June 30, 2016 .

Mildred Caban Flores
United States Bankruptcy Judge